**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Andrew Chartier,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Ditech Financial, LLC, f/k/a Green Tree Servicing, LLC; and Experian Information Solutions, Inc.,<br><br>　　　　　　Defendants. | Civil Action No. 1:16-cv-00030-JFM |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Andrew Chartier

*/s/ Sergei Lemberg*
Sergei Lemberg, Esq.
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com


Ditech Financial, LLC, f/k/a Green Tree Servicing, LLC

*/s/ Charles S. Hirsch*
Charles S. Hirsch, Esq.
BALLARD SPAHR LLP
300 East Lombard Street, 18th Floor

Baltimore, MD 21202
Telephone: (410) 528-5600
Facsimile: (410) 528-5650
Email: hirsch@ballardspahr.com

Experian Information Solutions, Inc.

*/s/ Joy C. Einstein*
Joy C. Einstein, Esq.
SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854
Telephone: (301) 945-9250
Facsimile: (301) 230-2891
Email: jeinstein@shulmanrogers.com

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing (ECF) system and that the document is available on the ECF system.

                                                   */s/ Sergei Lemberg*
                                                   Sergei Lemberg, Esq.